AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

United States of America
v.

Christina Lynn Mejia

*Defendant*

) Case No. 2:18-MJ-189
)
)
)
)
)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 7 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Christina Lynn Mejia ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

On or before December 4, 2018, in the Amarillo Division of the Northern District of Texas, and elsewhere, Christina Lynn Mejia, defendant, did knowingly and intentionally conspire with others to distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, and did engage in money laundering in violation of Title 21, United States Code, Sections 846, 841 (a)(1), 841(b)(1)(A)(viii) and Title 18, United States Code, Sections

Date: 12/6/18

_____
*Issuing officer's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12-6-2018 , and the person was arrested on *(date)* 12-6-2018
at *(city and state)* Amarillo, TX .

Date: 12-6-2018

_____
*Arresting officer's signature*

TFO Randy Mincher
*Printed name and title*